# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ROGELIO DELGADO MORENO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:23-CV-00245-SRB |
| | ) |
| ITZEL VIRIDIANA HERNANDEZ ESCAMILLA | ) |
| | ) |
| Respondent. | ) |

## RESPONDENT'S MOTION TO DISMISS OR TRANSFER VENUE

Pursuant to Fed. R. Civ. P. 12(b)(2) and (3), 22 U.S.C. § 9003(b), and Local Rule 7.0, Respondent Itzel Viridiana Hernandez Escamilla ("Respondent") hereby moves the Court to enter an Order dismissing Petitioner's claims in this action for lack of personal jurisdiction, or in the alternative, transferring this action to the Northern District of Illinois. In support of this Motion, Respondent provides her Suggestions in Support filed contemporaneously with this Motion.

Respectfully submitted,

STINSON LLP

*/s/ John Aisenbrey*
John Aisenbrey Mo. Bar # 31907
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: 816-691-3111
Facsimile: 816-412-0997
John.aisenbrey@stinson.com

*/s/ Luke VanFleteren*
Luke VanFleteren KS-001239
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206-6620
316.265.8800 Main
316.265.1349 Fax
Luke.vanfleteren@stinson.com

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

*/s/ John Aisenbrey*